THE PEOPLE v. JAMES JONES.

*Autrefois acquit—Discharge of jury without verdict.*

A plea of former acquittal is *prima facie* sufficient if it shows that a jury had been empanelled, and that the prosecution went into proofs by witnesses until they rested their case.  This would entitle defendant to a verdict for or against him, and a discharge of the jury without a verdict would discharge the respondent unless there was some overruling necessity, and if there had been, it should be set up by replication to the plea.

Error to Schoolcraft.  Submitted and decided June 21.

INFORMATION for murder.  Respondent brings error. Reversed.

*William Faucett Riggs* for appellant.

Attorney General *Jacob J. Van Riper* for the People confessed error.

COOLEY, J. The record in this case show an information, a plea of former acquittal in bar, a demurrer to the plea, the demurrer overruled, trial, conviction and sentence. The plea of former acquittal shows no verdict, but it shows that a jury was empanelled, and that the prosecution went into proofs by witnesses until they rested their case. Under all the authorities this entitled defendant to a verdict one way or the other, and if the jury was discharged without verdict and without any overruling necessity, this was a final discharge of the accused. If any reason existed that should give the discharge of the jury any different effect in the case, it should have been presented by replication. This was not done, but the prosecution left the case to stand upon the plea. As that was sufficient in substance, the judgment must be reversed and the prisoner discharged.

The other Justices concurred.